# Exhibit 11

# Elysium Global Group Structure Chart

22 February 2015