UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: <br><br> CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION <br><br> This document relates to: <br> 18-cv-10088; 18-cv-10090; 18-cv-10130 | : <br> : <br> : <br> : Master Docket 18-md-02865 (LAK) <br> : ECF Case <br> : <br> : <br> : <br> : |

## STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO ANSWER OR MOVE TO AMENDED COMPLAINTS FILED BY PLAINTIFF SKATTEFORVALNINGEN

IT IS HEREBY SITPULATED AND AGREED by and between Skatteforvaltningen ("SKAT") and the Defendants in the above-referenced actions that the period of time for the Defendants each to answer or otherwise respond to any Amended Complaints filed by SKAT pursuant to the Court's Order dated April 13, 2020 (Doc. No. 317) under FRCP Rule 12 or Rule 15, as the case may be, shall be extended to and include July 29, 2020.

1

Dated: 6/25/20

/s/ John M. Hanamirian
John M. Hanamirian
HANAMIRIAN LAW FIRM, P.C.
40 E. Main Street
Moorestown, New Jersey 08057
(856) 793-9092 – t
jmh@hanamirian.com

*Counsel for Defendants*
*Acorn Capital Corporation Employee*
*Profit Sharing Plan, Acorn Capital Strategies*
*LLC Employee Profit Sharing Plan.*
*Gregory Summers, Cambridge Way LLC*
*401K Profit Sharing Plan, Shreepal Shah,*
*Tveter LLC Pension Plan and*
*Christopher Nowell*

Marc Weinstein /s/
Marc A. Weinstein
HUGHES HUBBARD & REED, LLP
One Battery Park Plaza
New York, New York 10004
(212) 837-6000 – t
marc.weinstein@hugheshubbard.com

*Counsel for Plaintiff*
*Skatteforvaltningen*

SO ORDERED:

/s/ Lewis A. Kaplan
Hon. Lewis A. Kaplan
United States District Judge
6/26/2020

2