UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:                                           :
                                                 :
CUSTOMS AND TAX ADMINISTRATION OF                :
THE KINGDOM OF DENMARK                           : Master Docket 18-md-02865 (LAK)
(SKATTEFORVALTNINGEN) TAX REFUND                 : ECF Case
SCHEME LITIGATION                                :
                                                 :
This document relates to:                        :
18-cv-10088; 18-cv-10090; 18-cv-10130            :
                                                 :

## STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO ANSWER OR MOVE TO AMENDED COMPLAINTS FILED BY PLAINTIFF SKATTEFORVALNINGEN

IT IS HEREBY SITPULATED AND AGREED by and between Skatteforvaltningen ("SKAT") and Defendants Acorn Capital Corporation Employee Profit Sharing Plan; Acorn Capital Strategies LLC Employee Pension Profit Sharing Plan & Trust; Gregory Summers; Cambridge Way LLC 401K Profit Sharing Plan; Shreepal Shah; Tveter LLC Pension Plan and Christopher Nowell in the above-referenced actions that the period of time for the Defendants each to answer or otherwise respond to any Amended Complaints filed by SKAT pursuant to the Court's Order dated April 13, 2020 (Doc. No. 317) under FRCP Rule 12 or Rule 15, as the case may be, shall be extended fifteen (15) days up to and including August 13, 2020.

This is the Defendants' third request for an extension of time to answer or otherwise respond to the Amended Complaint. The Court granted the Defendants' previous requests.

Dated: 7/28/20

_____
John M. Hanamirian
HANAMIRIAN LAW FIRM, P.C.
40 E. Main Street
Moorestown, New Jersey 08057
(856) 793-9092 – t
jmh@hanamirian.com

*Counsel for Defendants*
*Acorn Capital Corporation Employee*
*Profit Sharing Plan, Acorn Capital Strategies*
*LLC Employee Profit Sharing Plan,*
*Gregory Summers, Cambridge Way LLC*
*401K Profit Sharing Plan, Shreepal Shah,*
*Tveter LLC Pension Plan and*
*Christopher Nowell*

Marc Weinstein /s/

_____
Marc A. Weinstein
HUGHES HUBBARD & REED, LLP
One Battery Park Plaza
New York, New York 10004
(212) 837-6000 – t
marc.weinstein@hugheshubbard.com

*Counsel for Plaintiff*
*Skatteforvaltningen*

SO ORDERED:

 /s/ Lewis A. Kaplan
_____
Hon. Lewis A. Kaplan
United States District Judge

Dated: July 29, 2020