UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION<br><br>This document relates to:<br>18-cv-10088; 18-cv-10090; 18-cv-10130 | : <br>:<br>:<br>: Master Docket 18-md-02865 (LAK)<br>: ECF Case<br>:<br>:<br>:<br>: |

## STIPULATION AND ~~[REDACTED]~~ ORDER EXTENDING TIME TO ANSWER OR MOVE THE AMENDED COMPLAINTS FILED BY PLAINTIFF SKATTEFORVALNINGEN

IT IS HEREBY SITPULATED AND AGREED by and between Skatteforvaltningen ("SKAT") and Defendants Acorn Capital Corporation Employee Profit Sharing Plan; Acorn Capital Strategies LLC Employee Pension Profit Sharing Plan & Trust; Gregory Summers; Cambridge Way LLC 401K Profit Sharing Plan; Shreepal Shah; Tveter LLC Pension Plan and Christopher Nowell in the above-referenced actions that the period of time for the Defendants each to answer or otherwise respond to any Amended Complaints filed by SKAT pursuant to the Court's Order dated April 13, 2020 (Doc. No. 317) under FRCP Rule 12 or Rule 15, as the case may be, shall be extended twenty-one (21) days up to and including September 3, 2020.

This is the Defendants' fourth request for an extension of time to answer or otherwise respond to the Amended Complaint. The Court granted the Defendants' previous requests.

1

Dated: 8/11/20

[signature]

John M. Hanamirian
HANAMIRIAN LAW FIRM, P.C.
40 E. Main Street
Moorestown, New Jersey 08057
(856) 793-9092 – t
jmh@hanamirian.com

*Counsel for Defendants*
*Acorn Capital Corporation Employee*
*Profit Sharing Plan, Acorn Capital Strategies*
*LLC Employee Profit Sharing Plan.*
*Gregory Summers, Cambridge Way LLC*
*401K Profit Sharing Plan, Shreepal Shah,*
*Tveter LLC Pension Plan and*
*Christopher Nowell*

[signature] Marc Weinstein / ent

Marc A. Weinstein
HUGHES HUBBARD & REED, LLP
One Battery Park Plaza
New York, New York 10004
(212) 837-6000 – t
marc.weinstein@hugheshubbard.com

*Counsel for Plaintiff*
*Skatteforvaltningen*

SO ORDERED:

/s/ Lewis A. Kaplan
_____
Hon. Lewis A. Kaplan
United States District Judge

Dated: August 12, 2020

2